UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID EUGENE BAILEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:11CV414 DDN |
| JANE DOE #1, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Upon review of the Court file, plaintiff has failed to comply with the Court's order dated April 21, 2011, requiring him to pay the initial partial filing fee. Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated this 2nd day of June, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE