UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID EUGENE BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CV414 DDN |
| ) | |
| JANE DOE #1, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court are several post-dismissal motions filed by plaintiff, most relating to collection of the appellate filing fee. As the Court received $2.00 from plaintiff on August 2, 2011, the Court will deny plaintiff's motions relating to the filing fee as moot. Plaintiff's post-dismissal motion to compel discovery relating to defendant Jane Doe #1 will also be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions relating to the collection of the appellate filing fee [Doc. #25, #26 and #28] are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that plaintiff's motion to compel [Doc. #27] is **DENIED**.

Dated this 4th day of August, 2011.

                                              HENRY EDWARD AUTREY
                                        UNITED STATES DISTRICT JUDGE