UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID EUGENE BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CV414 DDN |
| | ) | |
| JANE DOE #1, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court takes judicial notice of the fact that plaintiff has failed to provide the Court with his new address.  See Bailey v. Atterberry, No. 4:11CV404 CEJ.  Under Local Rule 2.06(B), the Court may dismiss an action if plaintiff fails to notify the Court within thirty (30) days of a change in address.  Thus, plaintiff will be given thirty (30) days from the date of this Order to provide the Court with his new address.  Plaintiff's failure to do so will result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, provide the Court with his new address.  Plaintiff's failure to do so will result in a dismissal of this action, without prejudice.

Dated this 21st day of November, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE